FILED
AUG 24 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 12-30255-GPM |
| ) | |
| vs. ) | |
| ) | |
| CYNTHIA HARMON and ) | Title 18, United States Code, |
| DANIEL GEARY ) | Sections 1035 and 2 |
| ) | |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count 1
**(False statements relating to health care matters)**

1.   **CYNTHIA HARMON** and **DANIEL GEARY** defrauded the State of Illinois Medicaid program by falsely claiming and taking payments for personal assistant services not actually performed.  A personal assistant is paid an hourly wage by the State of Illinois through the Illinois Department of Human Services (DHS) Home Services Program for services performed for a qualified beneficiary, like **CYNTHIA HARMON**.  The qualified beneficiary must have a written Employment Agreement with the personal assistant and a Service Plan listing all services to be provided.   In order for the personal assistant to receive payments due under the Home Services Program, a  Home Services Time Sheet form listing hours worked must be submitted to DHS and signed by both the personal assistant and the beneficiary.

2,   The DHS Home Services Program is a Medicaid Waiver Program designed to keep at home individuals who need assistance with daily living activities, but who do not need care in an institutional setting. Medicaid Waiver programs are special programs set up by states

with federal approval to use Medicaid funds (both state and federal) to pay for services related to medical care that would not ordinarily be covered by Medicaid.

3. On February 14, 2012, **CYNTHIA HARMON** completed an Employment Agreement Between Customer and Personal Assistant with **DANIEL GEARY.**

4. From approximately February 16, 2012 through March 15, 2012, **CYNTHIA HARMON** and **DANIEL GEARY** completed Home Service Time Sheets listing the hours worked by **DANIEL GEARY**. However, **CYNTHIA HARMON** was incarcerated in Saint Louis County jail from February 23, 2012 through March 26, 2012. **DANIEL CLEARY** received a total of $821.45 in State of Illinois payments for these falsely claimed personal assistant services which he did not perform.

5. On March 15, 2012, **CYNTHIA HARMON** and **DANIEL GEARY** completed a Home Services Time Sheet falsely stating that **DANIEL GEARY** performed a total of 44.5 hours of personal assistant services for **CYNTHIA HARMON** from March 1 through March 15, 2012.

6. On or about March 15, 2012, in St. Clair County, within the Southern District of Illinois,

**CYNTHIA HARMON** and
**DANIEL GEARY,**

defendants herein, in a matter involving Medicaid, a health care benefit program, did knowingly and willfully make a materially false statement in connection with the delivery of and payment for health care services by reporting on a Home Services Time Sheet sent to the Illinois Department of Human Services, Office of Rehabilitation Services, that **DANIEL GEARY**

2

performed 44.5 hours of personal assistant work for **CYNTHIA HARMON** from March 1 through March 15, 2012, even though the defendants knew that **DANIEL GEARY** did not perform the personal assistant services because **CYNTHIA HARMON** was incarcerated; in violation of Title 18, United States Code, Section 1035 and 2.

A

MICHAEL J. QUINLEY
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: $5,000 unsecured

3